# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3839
_____

JOSEPH SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

December 1, 2023


PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joseph Simmons, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.